## IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 3425
PALATINE HILLS AVE.,

Appellant,

vs.

DITECH FINANCIAL LLC, F/K/A
GREEN TREE SERVICING LLC;
SHADOW SPRINGS COMMUNITY
ASSOCIATION; AND RED ROCK
FINANCIAL SERVICES, LLC,

Respondents.

No. 78326

**FILED**

FEB 11 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
     William C. Turner, Settlement Judge
     Roger P. Croteau & Associates, Ltd.
     Akerman LLP/Las Vegas
     Gibbs Giden Locher Turner Senet & Wittbrodt LLP/Las Vegas
     Koch & Scow, LLC
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-05629